Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 24

| | |
|---|---|
| Tate & Lyle<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>United States<br><br>　　　　Defendant. | **Court No.:** 19-cv-00014 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The above-captioned parties agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of the U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any entries of

Form 24-2

Xanthan Gum_____ ;
                          [insert Product]

from People's Republic of China_____ ;
                          [insert Country]

(1) That were

    ☐ produced
    ☑ exported
    ☐ produced and exported
    ☐ imported (_____ identify producer/exporter from whom imported if needed)

by Greenhealth International Co., Ltd (Hong Kong)_____ ;
                          [insert Company]

(2) That were the subject of the United States Department of Commerce's final determination in _Xanthan Gum From the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Partial Discontinuation of Antidumping Duty Administrative Review; 2016-2017, 83 Fed Reg 65143 (December 19, 2018)_
                          [insert FR Notice]

(3) That were entered, or withdrawn from warehouse for consumption, on or after July 1, 2016_____ up to and including June 30, 2017_____ ;

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: __March 12, 2019__          __/s/ Jennifer Choe-Groves__
           New York, New York                      Judge

(Added Sept. 19, 2017, eff. Oct. 23, 2017.)